IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CONNIE SARMIENTO,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:10-cv-01114 |
| | ) Judge Nixon |
| | ) Magistrate Judge Knowles |
| **DCI DONOR SERVICES, INC.,** | ) |
| | ) **JURY DEMAND** |
| Defendant. | ) |

## ORDER

The parties to this action have stipulated that this case is to be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. No. 9.) As a result, this case is **DISMISSED with prejudice**, with each party to bear their own costs and attorneys' fees. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this ____4th____ day of January, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT